```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on behalf of herself and all others similarly situated,

                      Plaintiff,

    -against-

SAMY'S CAMERA, INC.,

                      Defendant.

20 Civ. 2302 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that the initial pretrial conference scheduled for May 19, 2020, at 11:00 a.m. shall proceed telephonically.  The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

    SO ORDERED.

Dated: May 7, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge