```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/14/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on behalf of herself and all others similarly situated,

                      Plaintiff,

    -against-

SAMY'S CAMERA, INC.,

                      Defendant.

20 Civ. 2302 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On March 23, 2020, the Court ordered the parties to submit a joint status letter and proposed case management plan by May 12, 2020, in advance of the initial pretrial conference scheduled for May 19, 2020.  ECF No. 5.  Those submissions are now overdue.  Accordingly, it is ORDERED that by **May 15, 2020**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

Dated: May 14, 2020
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge