UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on behalf of herself and all others similarly situated,

                    Plaintiff,

-against-

SAMY'S CAMERA, INC.,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/2020
```

20 Civ. 2302 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff's motion to adjourn the initial pretrial conference, ECF No. 10, is GRANTED. The initial pretrial conference scheduled for May 19, 2020, is ADJOURNED to **July 14, 2020**, at **11:20 a.m.** The conference shall proceed telephonically; the parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. By **July 7, 2020**, the parties shall submit their joint letter and proposed case management plan.

    The Clerk of Court is directed to terminate the motion at ECF No. 10.

    SO ORDERED.

Dated: May 15, 2020
       New York, New York

                                    ANALISA TORRES
                              United States District Judge