```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on behalf of herself and all others similarly situated,

                      Plaintiff,

    -against-

SAMY'S CAMERA, INC.,

                      Defendant.

20 Civ. 2302 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On May 15, 2020, the Court ordered the parties to submit a joint status letter and proposed case management plan by July 7, 2020, in advance of the initial pretrial conference scheduled for July 14, 2020. ECF No. 11. Those submissions are now overdue. Accordingly, it is ORDERED that by **July 9, 2020**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

Dated: July 8, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge