```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/10/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on behalf of herself and all others similarly situated,

                        Plaintiff,

     -against-

SAMY'S CAMERA, INC.,

                        Defendant.

20 Civ. 2302 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     Plaintiff's motion to adjourn the initial pretrial conference, ECF No. 13, is GRANTED. The initial pretrial conference scheduled for July 14, 2020, is ADJOURNED to **September 1, 2020**, at **11:00 a.m.** The conference shall proceed telephonically; the parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. By **August 25, 2020**, the parties shall submit their joint letter and proposed case management plan.

     The Clerk of Court is directed to terminate the motion at ECF No. 13.

     SO ORDERED.

Dated: July 10, 2020
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge