```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/28/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on behalf of herself and all others similarly situated,

                  Plaintiff,

-against-

SAMY'S CAMERA, INC.,

                  Defendant.

20 Civ. 2302 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 10, 2020, the Court ordered the parties to submit a joint status letter and proposed case management plan by August 25, 2020, in advance of the initial pretrial conference scheduled for September 1, 2020. ECF No. 14. Those submissions are now overdue. Accordingly, it is ORDERED that by **August 31, 2020** at **12:00 p.m.** the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: August 28, 2020
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge